UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 5: 19-172-DCR |
| Plaintiff/Respondent | and |
| | Civil Action No. 5: 24-131-DCR |
| V. | |
| MARIO VELASQUEZ-GOMEZ, | **JUDGMENT** |
| Defendant/Movant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and consistent with the Memorandum Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Defendant/Movant Mario Velasquez-Gomez's motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C. § 2255 [Record No. 210] is **DENIED** and his collateral proceeding is **DISMISSED** with prejudice.

2. Judgment is entered in favor of the United States with respect to all issues raised in this collateral proceeding filed under 28 U.S.C. § 2255.

3. A Certificate of Appealability will not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 16, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky